**97–2039. E. Canton Edn. Assn. v. McIntosh.**
Stark App. No. 96CA0293. On motion to strike merit and reply briefs of East Canton Education Association et al. Motion denied.

**97–2118. Case W. Res. Univ. v. Tracy.**
Board of Tax Appeals, No. 95–K–1280. On motion to strike fourth merit brief. The motion to strike is granted only to the extent that the first three propositions of law and Appendix pages A–1 through A–3 are stricken from the fourth merit brief filed by CWRU.
   DOUGLAS, J., dissents and would grant the motion to strike.
   PFEIFER, J., dissents and would deny the motion to strike.

**97–2333. Ameritech Ohio v. Pub. Util. Comm.**
Public Utilities Commission, No. 96–1175–TP–ORD. On motion to dismiss. Motion denied.
   RESNICK, J., not participating.

**97–2419. State ex rel. Ohio Academy of Trial Lawyers v. Sheward.**
In Mandamus and Prohibition. On motion for admission *pro hac vice* of Theodore J. Boutrous, Jr. Motion granted.

**98–547. State ex rel. McVay v. Indus. Comm.**
In Mandamus. On answer of Johnson Manufacturing and on answer of Industrial Commission of Ohio. *Sua sponte*, alternative writ granted.

**98–674. State v. Rykowski.**
Franklin App. No. 97APA06–837. On review of order certifying a conflict. The court determines that a conflict exists; *sua sponte*, cause consolidated with 98–634, *infra*, and held for the decision in 97–1985, *State v. Cook*, Allen App. No. 1–97–21; briefing schedule stayed.

**98–687. State v. Kirkman.**
Marion App. No. 9–97–69. On review of order certifying a conflict. The court determines that a conflict exists; *sua sponte*, cause held for the decision in 97–1985, *State v. Cook*, Allen App. No. 1–97–21; briefing schedule stayed.

**98–766. State v. Brown.**
Hamilton App. No. C–960715. On motion for leave to file delayed appeal. Motion denied.
   MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**98–770. State v. Marcum.**
Butler App. Nos. CA91–04–068 and CA91–05–081. On motion for leave to file delayed appeal. Motion denied.

**98–771. State v. Parks.**
Montgomery App. No. 14906. On motion for leave to file delayed appeal. Motion denied.

**98–774. Planet Earth Entertainment, Inc. v. Ohio Liquor Control Comm.**
Franklin App. No. 97APE06–744. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue stated in the court of appeals' memorandum decision rendered on April 14, 1998, at pages 3–4:
   "We conclude that our judgment in the present case is in conflict with a judgment pronounced upon the same question by another court of appeals of this state. More specifically, we find that the judgment of the Eighth District Court of Appeals in *Cleveland's PM on the Boardwalk [Ltd. v. Ohio Liquor Control Comm.* (Jan. 23, 1997), Cuyahoga App. No. 69779, unreported, 1997 WL 25522] is in conflict with our decision in the present case and we therefore grant appellee's motion to certify the conflict to the Supreme Court of Ohio. The precise question to be certified is as follows: 'Whether the prohibition against semi-nude dancing in liquor establishments, enforced under Ohio Adm.Code 4301:1–1–52, unconstitutionally abridges the right of freedom of speech in violation of the First Amendment to the United States Constitution and Section 11, Article I, Ohio Constitution.'"
   *Sua sponte*, cause consolidated with 98–579, *infra*.